1270-14

# ELECTRONIC RECORD

| | | | |
|---|---|---|---|
| COA # | 02-13-00559-CR | OFFENSE: | 22.04 |

STYLE: Paul Barton Steen II v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: AFFIRMED          TRIAL COURT: 396th District Court

DATE: 08/28/14          Publish: NO    TC CASE #: 1149522D

---

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Paul Barton Steen II v. The State of Texas          CCA #: 1270-14

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_refused_          JUDGE: _____

DATE: _Dec. 17, 2014_          SIGNED: _____     PC: _____

JUDGE: _Pc_          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD